| | |
|---|---|
| District Court<br>Gunnison County, State of Colorado<br>200 East Virginia Avenue<br>Gunnison, CO  81230<br>Telephone:  (970) 641-3500<br>Fax:  (970) 641-6876 | DATE FILED: April 9, 2013<br><br>▲ COURT USE ONLY ▲ |
| HERBERT BARNES,<br>Plaintiff,<br><br>v.<br><br>AMERIGAS PROPANE, INC., a Pennsylvania Corporation,<br>Defendant. | Case No.: 13CV13<br>Div.:   2 |
| AMENDED ORDER SETTING STATUS CONFERENCE | |

This matter is set for a Status Conference on April 24, 2013 at 11:00 a.m.  Court will be held in Gunnison on that date.  Parties may appear by telephone if they prefer by calling the Court at (970)641-3500 ext. 410 at that time.

Dated this, the 9th day of April, 2013.

cc:  efile