THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00916-RPM

HERBERT BARNES,

    Plaintiff,

v.

AMERIGAS PROPANE, INC.,

    Defendant.

_____

## ORDER AMENDING SCHEDULING ORDER
_____

    Upon review of Plaintiff's unopposed motion to extend the deadline to and including July 8, 2013, to join parties or amend pleadings [18], it is

    ORDERED that the motion is granted.

    Dated: June 27th, 2013

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge