THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00916-RPM

HERBERT BARNES,

    Plaintiff,

v.

AMERIGAS PROPANE, INC.,

    Defendant.

_____

ORDER GRANTING MOTION TO AMEND COMPLAINT
_____

    Upon review of Plaintiff's unopposed motion for leave to amend complaint [20] filed July 8, 2013, it is

    ORDERED that the motion is granted and the amended complaint tendered as Document 21 is accepted for filing.

    Dated: July 9th, 2013

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge