THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00916-RPM

HERBERT BARNES,

    Plaintiff,

v.

AMERIGAS PROPANE, INC.,

    Defendant.

_____

ORDER GRANTING MOTION FOR LEAVE TO AMEND SCHEDULING ORDER
_____

    After review of Plaintiff's Unopposed Motion for Leave to Amend Scheduling Order to Extend Deadlines for Expert Witness Designations and Disclosures, filed September 16, 2013 [28], it is

    ORDERED that the motion is granted and the deadline to designate experts and reports is October 15, 2013, the deadline to designate contradicting experts and reports is October 29, 2013, and the deadline for rebuttal opinions to be exchanged is November 12, 2013.

    Dated: September 16th, 2013

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge