THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00916-RPM

HERBERT BARNES,

    Plaintiff,

v.

AMERIGAS PROPANE, INC.,

    Defendant.

_____

ORDER DENYING MOTION TO COMPEL
_____

    Upon consideration of the plaintiff's motion to compel, filed August 13, 2013, [25], the defendant's response, filed September 3, 2013, [27], and the plaintiff's reply, filed September 17, 2013, [30], it is

    ORDERED that the motion to compel is denied.

    Dated: October 4th, 2013

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____

                                            Richard P. Matsch, Senior District Judge