IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00916-RPM

HERBERT BARNES,

    Plaintiff,

v.

AMERIGAS PROPANE, INC.,

    Defendant.

___

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**
___

THIS MATTER coming before the Court upon the parties' Stipulated Motion to Dismiss with Prejudice, and the Court having reviewed said Motion, the pleadings and being fully advised herein,

HEREBY ORDERS that the Stipulated Motion to Dismiss with Prejudice shall be and hereby is GRANTED.  The case is hereby dismissed with prejudice, each party to pay their own costs and attorney's fees.

ENTERED this 15th day of November, 2013.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge